UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # **5**

---------------------------------------------------------

*Lietyke*

-v-

*County of Montgomery*

---------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # **07cv8511**

JUDGE: **KMW**

DATE: **Oct. 29, 2007**

*[Stamp: U.S. DISTRICT COURT OCT 29 2007]*

## INDEX TO THE RECORD ON APPEAL

| | |
|---|---|
| PREPARED BY (NAME): | THOMAS R. PISARCZYK |
| FIRM: | U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK |
| ADDRESS: | 500 PEARL STREET, ROOM 370 |
| | NEW YORK, NEW YORK 10007 |
| PHONE NO.: | (212) 805 - 0636 |

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------------------------

**DOCUMENT DESCRIPTION**                                                                **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **
** ALL OTHERS MISSING AT THIS TIME **

*Balance Transferred To Middle District Alabama*

(✓) Original Record                                    (____) Supplemental Record


The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the **29** Day of **OCT**, 2007.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------
*Lietzke*
-v-
*County of Montgomery*
---------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07-cv-8511

JUDGE: KMW

DATE: Oct. 29, 2007

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered **3** Through **4**, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed | Document Description

**BALANCE OF FILE MISSING AT THIS TIME**

Balance of file transferred to Middle District of Alabama

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 29th Day of Oct. In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-08511-KMW
### Internal Use Only

Lietzke v. County of Montgomery et al
Assigned to: Judge Kimba M. Wood
Cause: 28:1331 Fed. Question: Other

Date Filed: 10/02/2007
Date Terminated: 10/02/2007
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 10/02/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Bill Lietzke.(laq) (Entered: 10/16/2007) |
| 10/02/2007 | 2 | COMPLAINT against County of Montgomery, A.B.C., Reese McKinney, D.E.F.Document filed by Bill Lietzke.(laq) (Entered: 10/16/2007) |
| 10/02/2007 |   | Magistrate Judge Theodore H. Katz is so designated. (laq) (Entered: 10/16/2007) |
| 10/02/2007 | 3 | TRANSFER ORDER; For the reasons discussed within, this action is transferred to the United States District Court for the Middle District of Alabama. The Clerk of this Court shall file and docket the complaint without payment of fees. Whether plaintiff should be permitted to proceed further without payment of fees is a determination to be made by the transferee court. That provision of Rule 83.1 of the Local Rules for the Southern District of New York which requires a five day delay is waived. A summons shall not issue from this Court. FEDEX #: 8605 6651 9154. (Signed by Judge Kimba M. Wood on 10/2/7) (laq) (Entered: 10/16/2007) |
| 10/23/2007 | 4 | NOTICE OF APPEAL from [3] Order. Document filed by Bill Lietzke.(tp) (Entered: 10/29/2007) |
| 10/23/2007 |   | Appeal Remark as to [4] Notice of Appeal filed by Bill Lietzke. $455.00 APPEAL FEE DUE. (tp) (Entered: 10/29/2007) |
| 10/29/2007 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [4] Notice of Appeal. (tp) (Entered: 10/29/2007) |
| 10/29/2007 |   | Transmission of Notice of Appeal to the District Judge re: [4] Notice of Appeal. (tp) (Entered: 10/29/2007) |