# MANDATE

S.D.N.Y.-N.Y.C.
07-cv-8511
07-cv-8512
Wood, C.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 18th day of January, two thousand eight,

Present:

      Hon. Amalya L. Kearse,
      Hon. Pierre N. Leval,
      Hon. José A. Cabranes,
            *Circuit Judges.*



UNITED STATES COURT OF APPEALS
FILED
JAN 18 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

---

Bill Lietzke,

                *Plaintiff-Appellant,*

      v.                                 07-4789-cv

County of Montgomery, *et al.*,

                *Defendants-Appellees.*

---

Bill Lietzke,

                *Plaintiff-Appellant,*

      v.                                 07-4801-cv

City of Montgomery, *et al.*,

                *Defendants-Appellees.*

---

JAN 18 2008

JUDGMENT MANDATE ISSUED: MAR 21 2008

The above-captioned appeals are consolidated for the purposes of this order.

Appellant, *pro se*, moves for *in forma pauperis* status. This Court has determined *sua sponte* that it lacks jurisdiction over these appeals because final orders have not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Fort Knox Music Inc. v. Baptiste*, 257 F.3d 108 (2d Cir. 2001). Upon due consideration, it is hereby ORDERED that the appeals are DISMISSED. It is further ORDERED that Appellant's motions are DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By:

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by
   DEPUTY CLERK

SAO-MTA

2